**Motion Granted; Abatement Order issued January 23, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00637-CV
_____

**EDWARD MAYO, Appellant**

**V.**

**FIVE STAR MERCHANT SERVICES, INC., Appellee**

---

**On Appeal from the 11th District Court
Harris County, Texas
Trial Court Cause No. 2011-26253**

---

## ABATEMENT ORDER

On January 17, 2014, appellant filed an agreed motion to abate this appeal so that the parties may continue settlement negotiations. We **GRANT** the motion and issue the following order:

The court **ORDERS** the appeal **ABATED** and the appellate deadlines are suspended until **January 31, 2014,** or until further order of this court. Within five

days after January 31, 2014, the parties are to notify the court if (1) they have settled, (2) they need additional time for resolution; or (3) they have reached an impasse.

If the parties are successful in their settlement negotiations, the court **ORDERS** the parties to file a motion to dismiss the appeal, other dispositive motion, or a motion for additional time to file the dispositive motion, within **seven days** after the end if the abatement period. If no settlement agreement is reached, appellant's brief shall be due **seven days** after the end of the abatement period.

The appeal is **ABATED**, treated as a closed case, and removed from this court's active docket until January 31, 2014, or until further order of this court. Any party may file a motion stating grounds for reinstating the appeal before the end of the abatement period. Any party may also file a motion to dismiss the appeal or other dispositive motion at any time. Any party may file a motion to extend the abatement period to finalize a settlement.

PER CURIAM